[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JANUARY 26, 2012
JOHN LEY
CLERK

_____

No. 11-14156
Non-Argument Calendar

_____

D.C. Docket No. 5:97-cr-00037-RS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

THOMAS A. IODICE,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(January 26, 2012)

Before EDMONDSON, HULL and BLACK, Circuit Judges

PER CURIAM:

Chet Kaufman, appointed counsel for Thomas Iodice in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and

filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18

L.Ed.2d 493 (1967). Our independent review of the entire record reveals that

counsel's assessment of the relative merit of the appeal is correct. Because

independent examination of the entire record reveals no arguable issues of merit,

counsel's motion to withdraw is **GRANTED**, and Iodice's supervised release

revocation and sentence are **AFFIRMED**.